# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO.: JKB 18-506** |
| | ) | |
| **DAYON BAILEY** | ) | |
| | ) | |
| **Defendant** | ) | |

## MOTION TO PARTIALLY UNSEAL INDICTMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, James Wallner, Assistant United States Attorney for the said District, moves this Honorable Court to order and direct that the Indictment in this matter be unsealed as to the above captioned defendant, but remain sealed as to all other defendants, who have not been arrested, and may flee to avoid prosecution.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /S/_____
James Wallner
Assistant United States Attorney